**STRATEGIC LEGAL PRACTICES, APC**
Larry Chae (SBN 268979)
lchae@slpattorney.com
Payam Shahian (SBN 228406)
pshahian@slpattorney.com
1888 Century Park East, 19th Floor
Los Angeles, California 90067
Telephone: (310) 929-4900 Facsimile: (310) 943-3838

**ECOTECH LAW GROUP, P.C.**
Dara Tabesh (SBN 230434)
dara.tabesh@ecotechlaw.com
5 Third Street, Suite 700
San Francisco, CA 94103
Telephone: (415) 503-9164 Facsimile: (415) 651-8639

Attorneys for Plaintiff URIEL PEREZ

[DEFENSE COUNSEL LISTED BELOW SIGNATURE BLOCK]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

URIEL PEREZ,
Plaintiff,
v.
FORD MOTOR COMPANY,
Defendant.

**Case No. 5:25-cv-02174-JLS-SSC**
District Judge: Hon. Josephine L. Staton

**JOINT STIPULATION FOR LEAVE FOR PLAINTIFF TO AMEND RESPONSE TO RFA NO. 22 AND FOR PLAINTIFF AND DEFENDANT TO REFER TO AMENDED RESPONSE IN PLAINTIFF'S OPPOSITION TO AND DEFENDANT FORD MOTOR COMPAY'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT**

Trial Date: Not Set

**STIPULATION AND [PROPOSED] ORDER RE: LEAVE FOR PLAINTIFF TO AMEND RESPONSE TO REQUEST FOR ADMISSION NO. 22 AND AMENDMENT TO DEFENDANT'S SUMMARY JUDGMENT PAPERS [DKT. 22]**

Plaintiff URIEL PEREZ ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on August 7, 2026, Defendant filed a Motion for Summary Judgment (Dkt. 22) ("MSJ") currently pending before District Judge Josephine L. Staton;

**WHEREAS**, Defendant's MSJ and supporting Statement of Uncontroverted Facts ("SUF") rely in part upon Plaintiff's original response to Defendant's Request for Admission ("RFA") No. 22;

**WHEREAS**, Plaintiff contends that his original response to RFA No. 22 contained an inadvertent inconsistency with his response to Interrogatory No. 1 and other record evidence, and desires to amend his response pursuant to Federal Rule of Civil Procedure 36(b);

**WHEREAS**, Defendant agrees to permit Plaintiff to amend his response to RFA No. 22, provided that Defendant is permitted to update the citations in its Statement of Uncontroverted Facts in connection with its MSJ Reply brief;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties through their undersigned counsel, subject to the approval of the Court:

1. Pursuant to Federal Rule of Civil Procedure 36(b), Plaintiff is granted leave to withdraw his original response to Defendant's Request for Admission No. 22 and substitute the following Amended Response to Request for Admission No. 22:

**AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 22:**

Deny. Plaintiff contends he has suffered actual, incidental, and consequential damages as described in his response to Interrogatory No. 1. Plaintiff admits that he did not incur out-of-pocket repair charges for warranty repairs.

2. Plaintiff's Opposition to Defendant's Motion for Summary Judgment, to be filed August 14, 2026, shall be treated as relying upon Plaintiff's Amended Response to RFA No. 22 set forth above, and Plaintiff shall be permitted to refer to and rely on the same.

3. Plaintiff shall not object to Defendant amending its Statement of Uncontroverted Facts in connection with Defendant's MSJ Reply brief to reflect citations to Plaintiff's Amended Response to RFA No. 22 and/or Plaintiff's responses to RFAs Nos. 23 and 24, in place of the original citation to RFA No. 22.

**ECOTECH LAW GROUP, P.C.**
By: /s/ Dara Tabesh
Dara Tabesh
Counsel for Plaintiff URIEL PEREZ

**MORTENSON TAGGART ADAMS LLP**
By: /s/ Brad Marrett
Brad Marrett
Counsel for Defendant FORD MOTOR COMPANY

**MORTENSON TAGGART ADAMS LLP**
Michael D. Mortenson, State Bar No. 247758
service@mortensontaggart.com
Craig A. Taggart, State Bar No. 239168
ctaggart@mortensontaggart.com
Brad Marrett, State Bar No. 288079
bmarrett@mortensontaggart.com
Bryce Calabria, State Bar No. State Bar No. 346187
bcalabria@mortensontaggart.com
300 Spectrum Center Drive, Suite 1200
Irvine, California 92618
Telephone: (949) 774-2224
Facsimile: (949) 774-2545

Attorneys for Defendant FORD MOTOR COMPANY