JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URIEL PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY et al.,<br><br>Defendant. | CASE NO. 5:25-cv-02174-JLS-SSCx<br><br>**JUDGMENT** |

The Court, having granted Defendant Ford Motor Company's ("Ford") Motion for Summary Judgment, hereby ORDERS, ADJUDGES, and DECREES that judgment be entered in favor of Ford and against Plaintiff Uriel Perez. As the prevailing party, Ford may seek its costs after judgment issues.

Dated: October 18, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE